## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

———

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

June 13, 2024

Hon. Jennifer H. Rearden
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

**Application GRANTED. Defendant's sentencing is adjourned to July 30, 2024 at 1:15 p.m.**

**The Clerk of Court is directed to terminate ECF No. 20.**

Re:   United States v. Edon Bueno Diaz
      24 Cr. 262 (JHR)

**SO ORDERED**

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: June 17, 2024

Dear Judge Reardon,

      I am the attorney for Mr. Bueno Diaz on the above referenced matter. I write with the consent of the AUSA handling this matter, Adam Margulies, seeking an approximately two week adjournment of Mr. Bueno Diaz sentence. This request is being made because on June 7, 2024, while we were in the middle of Mr. Bueno Diaz probation interview at the Metropolitan Detention Center, all visitors, including attorneys and probation officers were rushed out of the building. We later learned that the reason for the urgent evacuation was that an inmate had been murdered. I cannot do a sentencing submission without a Presentence Report, and we will be unable to continue the presentence interview until June 25, 2024. I therefore seek a date in mid-July or later for Mr. Diaz sentence, and, if it is acceptable to the Court, I will have my submission in two weeks before whatever date is set.

If you have any questions regarding this application please contact my office.

                                                         Respectfully submitted,
                                                         /s/
                                                        David Stern