UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>EDON MIGUEL BUENO DIAZ,<br>Defendant. | 24 Cr. 00262 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On June 13, 2024, the Court was informed that Defendant's presentence interview had been continued from June 7 to June 25, 2024. In light of this scheduling change, and in order to afford Defendant sufficient time to review the Presentence Report ("PSR"), Defendant requested that the Court adjourn his sentencing proceeding scheduled for July 2, 2024. *See* ECF No. 20. The Court granted Defendant's application, adjourning sentencing to July 30, 2024. *See* ECF No. 23. The Court has since been in communication with Probation about the disclosure of the PSR, which is currently due by June 25, 2024.

In consideration of the foregoing, the Court hereby adjourns the sentencing deadlines in this matter as follows:

1. Probation shall disclose the PSR by **July 8, 2024**.

2. Defendant shall file his sentencing submission by **July 16, 2024**.

3. The Government shall file its sentencing submission by **July 23, 2024**.

SO ORDERED.

Dated: June 20, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge