# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

September 3, 2024

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States v. Edon Miguel Bueno Diaz
        24 Cr. 262 (JHR)

Dear Judge Rearden:

    I represented Mr. Bueno Diaz in the above referenced case. An associate of my firm, Rachel Perillo expended a total of 3.9 hours, nunc pro tunc to January 20, 2024, assisting me with emails to the government, meetings with the client and preparation of the sentencing memorandum.

    I apologize for not seeking pre-approval, before the case was finalized. I respectfully pray that the Court approve payment at an hourly rate of $125.00 for associate time in this matter.

    If your Honor needs any additional information, please do not hesitate to contact of my office. Thank you for your attention.

Sincerely,

*David Stern*

David Stern

Counsel's application is GRANTED, *nunc pro tunc*.

The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dates: September 4, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2024